

**DONNER FINANCIAL GROUP**

v.

**AUTO TAGS**

**2886 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

Reargument Denied 6/20/2017

No. 2014–02002

(Bucks)

Affirmed

**IN RE: M.L.K.**

**3396 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

No. A2015–0050

(Lehigh)

Affirmed

**NEVILLE, J., Jr.**

v.

**LARDIERE, R.**

**330 MDA 2016**

Superior Court of Pennsylvania.

04/25/2017

2013–303 (Fulton)

Affirmed

**COM.**

v.

**BUTTOLPH, S.**

**891 MDA 2016**

Superior Court of Pennsylvania.

04/25/2017

CP–50–CR–0000117–2009

(Perry)

Quashed

**COM.**

v.

**BUTTOLPH, S.**

**892 MDA 2016**

Superior Court of Pennsylvania.

04/25/2017

CP–50–CR–0000117–2009

(Perry)

Affirmed

